IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD TONY AGUILAR,

    Petitioner,               No. CIV S-07-0376 MCE CMK P

  vs.

M.C. KRAMER, Warden, et al.

    Respondents.          ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       The application attacks a conviction issued by the Riverside County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Riverside County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////
/////
/////
/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Central District of California.

4  DATED:   March 2, 2007.

  ```
  /s/ Craig M. Kellison
  CRAIG M. KELLISON
  UNITED STATES MAGISTRATE JUDGE
  ```

/mp
agui 07cv0376.108